# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>DENNIS W HARTMAN<br><br>Debtor(s),<br>PENNYMAC LOAN SERVICES, LLC<br>Movant,<br><br>DENNIS W. HARTMAN; SSPE INVESTMENT TRUST I; UNITED STATES OF AMERICA - DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; RUSSELL C SIMON, CHAPTER 13 TRUSTEE<br>Respondents. | Case No. 16-30328<br><br>Chapter 13<br><br>Judge Laura K. Grandy |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** PENNYMAC LOAN SERVICES, LLC (hereinafter "Movant"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Creditor relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 601 N 2nd St, Dupo, IL 62239-1134 (the "Property"). In further support of this motion, Movant respectfully states:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and venue is fixed in this Court pursuant to 28 U.S.C. §1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 3/8/16;

3. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory Note executed on 2/18/09 modified on 2/1/14 (see attached exhibits). The Movant is an entity entitled to enforce the Note;

4. Pursuant to that certain Mortgage, recorded with the Recorder of Deeds of St. Clair County Illinois as Document No. A02147071 modified with A02403349, all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property (see attached exhibits);

5.  Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code;

6.  On information and belief, the following persons may have an interest in the subject property: Dennis W. Hartman, SSPE Investment Trust I, United States of America - Department of Housing and Urban Development and Russell C Simon, Chapter 13 Trustee;

7.  As of 09/06/2016, the estimated amount currently due Movant on account of said note and mortgage is $85,442.86 and includes:

| | |
|---|---|
| Unpaid Principal Balance | $82,945.97 |
| Accrued Interest from 4/1/16 to 9/6/16 | $1,734.46 |
| Pro Rata MIP/PMI | $37.35 |
| Late Charges | $47.90 |
| Total Fees | $47.75 |
| Recoverable Balance | $686.00 |
| NSF Fees | $25.00 |
| Suspense Credit | $81.57 |

8.  On information and belief, the approximate value of real estate is $78,000.00, per Debtor's Schedules;

9.  The Debtor's plan calls for the Debtor to surrender the property located at 601 N 2nd St, Dupo, IL 62239-1134;

10. Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

   a)  Movant's interest in the Property is not adequately protected;

   b)  As of 09/06/2016, the Debtor is contractually due for the 5/1/16 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

   c)  As of 09/06/2016, the total default through and including 9/1/16, is $3,507.28 which includes a suspense credit of $81.57. Any payments received after this date may not be reflected in this default;

   d)  On 10/01/2016, the default will increase to $4,225.05 and will continue to increase as additional amounts become due;

   e)  Debtor's plan calls for debtor to surrender property located at 601 N 2nd Street, Dupo, IL 62239-1134;

f)   Pursuant to 11 U.S.C. §362(d)(2)(A), Debtor(s) has no equity in the property; and pursuant to §362(d)(2)(B), the Property is not necessary for an effective reorganization;

11. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

12. That in the event the stay is modified, Movant requests this Court find that Rule 3002.1 is not applicable with respect to Movant as the loan secured by the property described herein will not be paid pursuant to 11 U.S.C. 1322(b)(5);

**WHEREFORE,** PENNYMAC LOAN SERVICES, LLC its principals, agents, successors and/or assigns prays this Court enter the proposed Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this September 15, 2016.

Respectfully Submitted,

CODILIS & ASSOCIATES, P.C.

By: /s/ MaryAnn Kier

**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File No. 14-16-03428**

NOTE: This law firm is a debt collector.

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** <br><br> DENNIS W HARTMAN <br><br> Debtor(s), <br> PENNYMAC LOAN SERVICES, LLC <br> Movant, <br><br> DENNIS W. HARTMAN; SSPE INVESTMENT TRUST I; UNITED STATES OF AMERICA - DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; RUSSELL C SIMON, CHAPTER 13 TRUSTEE <br> Respondents. | Case No. 16-30328 <br><br> Chapter 13 <br><br> Judge Laura K. Grandy |

## STATEMENT OF PARTIES THAT MAY HAVE
## AN INTEREST IN THE SUBJECT PROPERTY

On information and belief, the following persons may have an interest in the subject property:

Dennis W. Hartman
SSPE Investment Trust I
United States of America - Department of Housing and Urban Development
Russell C Simon, Chapter 13 Trustee


Dated this September 15, 2016.

                                                    /s/ MaryAnn Kier
                                                    Attorney for Creditor


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-16-03428)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE:** <br>   DENNIS W HARTMAN <br>                                Debtor(s), <br> PENNYMAC LOAN SERVICES, LLC <br>                                Movant, <br> DENNIS W. HARTMAN; SSPE INVESTMENT TRUST I; UNITED STATES OF AMERICA - DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; RUSSELL C SIMON, CHAPTER 13 TRUSTEE <br>                               Respondents. | Case No. 16-30328 <br><br> Chapter 13 <br><br> Judge Laura K. Grandy |

## PAY HISTORY

| Mortgage Payment Amount | Effective Date |
|---|---|
| $686.36 | 1/1/2016 |
| $728.24 | 2/1/2016 |
| $717.77 | 5/1/2016 |

| Date Received | Amount Received | Applied To | Amount Due | Suspense Balance |
|---|---|---|---|---|
| 08/01/16 | $2,952.65 | 01/01/16 | $686.36 | $2,266.29 |
| | | 02/01/16 | $728.24 | $1,538.05 |
| | | 03/01/16 | $728.24 | $809.81 |
| | | 04/01/16 | $728.24 | $81.57 |

Please note that recent payments applied may not have cleared.
Please note that payments received from the trustee for pre-petition arrearages are not included.

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** | |
| DENNIS W HARTMAN | Case No. 16-30328 |
| Debtor(s), | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC | |
| Movant, | Judge Laura K. Grandy |
| DENNIS W. HARTMAN; SSPE INVESTMENT TRUST I; UNITED STATES OF AMERICA - DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; RUSSELL C SIMON, CHAPTER 13 TRUSTEE | |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on September 15, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 15, 2016.

Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Dennis W Hartman, Debtor(s), 8572 Triple Lakes Rd, Dupo, IL 62239
William A Mueller, Attorney for Debtor, 5312 W Main, Belleville, IL 62226 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF
SSPE Investment Trust I, 405 State Hwy 121 Bypass Bldg A Suite 250, Lewisville, TX 75067
United States of America - Department of Housing and Urban Development, c/o U.S. Attorney General, 9 Executive Drive, Fairview Heights, IL 62208

        /s/ MaryAnn Kier
        Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-16-03428)**
NOTE: This law firm is a debt collector.